IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EVERGREEN MEDIA HOLDINGS, LLC and TONY DEROSA-GRUND,<br><br>    Plaintiffs,<br><br>VS.<br><br>PAUL ROCK PRODUCED, LLC and PAULE ROCKFERRY a/k/a PAUL ROCK,<br><br>    Defendants. | CIVIL ACTION H-14-0778 |

## ORDER OF DISMISSAL

Pursuant to Plaintiffs Evergreen Media Holdings, LLC and Tony Derosa-Grund's Notice of Dismissal (instrument #17), the Court

ORDERS that this case is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A), with each party to bear its own costs.

**SIGNED** at Houston, Texas, this 20th day of October, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE